# UNITED STATES DISTRICT COURT
for the
District of Minnesota

---

Indemnity Insurance Corp., of DC,
RRG, now known as Indemnity
Insurance Corporation,

        Plaintiff,

v.

AMPA, Inc., d/b/a Y'All  Come
Back Saloon; Karisa Baukol, Trustee for
the heirs and next of Kin of Kandyce Stoffel;
and Travis Smith,

        Defendant.

**Civil File No. 27CV-12-689  JNE/JJG**

**AFFIDAVIT OF
JAMES ANDERSON**

---

**STATE OF MINNESOTA   )**
                     **) ss.**
**COUNTY OF HENNEPIN  )**

James Anderson, being first duly sworn on oath, deposes and states as follows:

1.     That your Affiant is the President of AMPA, Inc. d/b/a Y'All Come Back Saloon and has operated the Y'All Come Back Saloon for the past 30 years.

2.     That your Affiant has checked with the Y'All Come Back Saloon's bar managers and bartenders and after inquiry we are unaware of any other claims which might be covered by our insurance with Indemnity Insurance Corp., of DC nor any circumstances which may give rise to any claims which may be covered by our insurance with Indemnity Insurance Corp., of DC other than the Dram Shop claims which have already been asserted on behalf of Kandyce Stoffel and Travis Smith.

3.     That AMPA, Inc. d/b/a Y'All Come Back Saloon is solvent and has cash or lines of credit available to it in excess of $200,000.

1

Further your Affiant sayeth not except to say that this Affidavit is intended to meet the requirements of *M.S.A § 60A.08 subd. 14*,

Dated: 08/27/2012

James Anderson

Subscribed and sworn to before me
this 27 day of August, 2012.


NOTARY PUBLIC

MICHAEL PATRICK LUDESCHER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17