## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Indemnity Insurance Corp. of DC, RRG, now known as Indemnity Insurance Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMPA, Inc. d/b/a Y'All Come Back Saloon; Karissa Baukol, trustee for the heirs and next of kin of Kandyce Stoffel; and Travis G. Smith,<br><br>    Defendants. | Civil File No. 12-cv-689 JNE/JJG<br><br>**ORDER OF DISMISSAL** |

The above-entitled action, including all claims, counterclaims and cross claims having been fully, finally, and completely compromised and settled between the parties, and based on the parties' stipulation, including the parties' reliance on the Affidavit of James Anderson dated August 27, 2012, **IT IS HEREBY ORDERED** that the clerk of this court is directed to enter forthwith judgment dismissing the above-entitled action, including all claims, counterclaims, and cross claims, with prejudice, on the merits, and without costs or disbursements to any party.

Date: October 30, 2012

                                          s/Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge